**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

YARIEL AROZARENA-CABEZAS,

     Petitioner,

v.                                        Case No. 2:26-cv-2364-MSN-cgc

CHRISTOPHER BULLOCK,

     Respondent.

---

**ORDER DIRECTING PETITIONER TO FILE AN *IN FORMA PAUPERIS* AFFIDAVIT
OR PAY THE HABEAS CORPUS FILING FEE**

---

Petitioner, an alien detained at the West Tennessee Detention Facility in Mason, Tennessee, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 2, "Petition"). Petitioner, however, failed to pay the $5.00 habeas filing fee required under 28 U.S.C. § 1914(a) or submit a properly completed *in forma pauperis* affidavit.

On April 2, 2026, the Clerk entered a Pro Se Filing Deficiency Notice, notifying Petitioner that "filing of a new complaint requires payment," and that "[n]o payment was included with this submission." (ECF No. 7 "Deficiency Notice.") The Clerk's Deficiency Notice notified Petitioner that, within 30 days of the date of the notice, he must either submit the $5.00 filing fee or, if he wanted to request a waiver of the payment, complete and submit an Application to Proceed In Forma Pauperis. (*Id*.) More than 30 days have elapsed, but Petitioner has failed to either pay the $5.00 habeas filing fee or complete and submit and Application to Proceed In Forma Pauperis.

Accordingly, Petitioner is **ORDERED** to pay the $5.00 habeas corpus filing fee or submit a properly completed Application to Proceed in District Court Without Prepaying Fees or Costs

2

(AO 240), **no later than 30 days from the date of this Order**.  The Clerk is **DIRECTED** to again mail a copy of the prisoner Application to Proceed in District Court Without Prepaying Fees or Costs (AO 240) to Petitioner along with this Order.

**Failure to timely comply with this Order will result in dismissal of this action without prejudice for failure to prosecute.**  *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**, this 1st day of June, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

2